UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.   ED CV 13-00237-R (PLA)                                         Date  March 28, 2013

Title: Lawrence L. McMillan v. Shane Porter, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
              NONE                                                                    NONE

**PROCEEDINGS:**       ( IN CHAMBERS)

Pursuant to this Court's Order of February 12, 2013, plaintiff was ordered to pay an initial partial filing fee of $10.00 within thirty (30) days of the date of the order (i.e., by March 14, 2013).  The $10.00 partial filing fee has not been received by the Court.  Accordingly, **no later than April 11, 2013, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee.  Receipt of the partial $10.00 filing fee by the Court on or before **April 11, 2013**, shall be deemed compliance with this Order to Show Cause.


cc:     Lawrence L. McMillan, Pro Se


Initials of Deputy Clerk____ch____