# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE L. McMILLAN, | ) | No. ED CV 13-237-R (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| SHANE PORTER, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order accepting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: March 31, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE