UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.: **ED CV 13-237-R (PLA)**          Date: **March 28, 2016**

Title:   **Lawrence L. McMillan v. Shane Porter, et al.**

---

PRESENT:  THE HONORABLE     **PAUL L. ABRAMS**          ☐ U.S. DISTRICT JUDGE
                                                        ☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**           **ATTORNEYS PRESENT FOR DEFENDANT(S):**
            NONE                                              NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

Pursuant to this Court's Order of March 14, 2016, plaintiff was to **confirm in writing no later than March 21, 2016**, receipt of the Order, and his obligation to attend the settlement conference set for Tuesday, April 12, 2016, at 2:00 p.m., at the United States District Court, Eastern Division, 3470 Twelfth Street, Riverside, California, Courtroom 3.  To date, the Court has not received plaintiff's confirmation.  Accordingly, **no later than April 4, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to comply with a Court Order.  Filing of plaintiff's confirmation of his obligation to attend the settlement conference scheduled for April 12, 2016, and receipt of the Court's March 14, 2016, Order on or before **April 4, 2016**, shall be deemed compliance with this Order to Show Cause.


cc:     Lawrence L. McMillan, pro se
        Molly S. Murphy, CAAG
        Rosa Morales, U.S. District Court, ADR Program Office


Initials of Deputy Clerk      ch