# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE L. McMILLAN, | No. ED CV 13-237-R (PLA) |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| SHANE PORTER, et al., Warden, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court notes that on April 18, 2016, the Magistrate Judge's March 28, 2016, Order (Dkt. No. 133) was returned to the Court as undeliverable. (Dkt. No. 136). The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered consistent with this Order.

3. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: May 9, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE