UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAWRENCE L. McMILLAN, | No. ED CV 13-237-R (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SHANE PORTER, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: May 9, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE